# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDRICK D. BORDEN,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
and
THE HONORABLE SCOTT N.
FREEMAN, DISTRICT JUDGE,
Real Party in Interest.

No. 81442

**FILED**

AUG 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus wherein petitioner contends he is being held in prison illegally and the Nevada Department of Corrections is not providing necessary medications to petitioner.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth*

20-28691

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.  _____Stiglich_____, J.
Hardesty        Stiglich

cc: Hon. Scott N. Freeman, District Judge
   Fredrick D. Borden
   Attorney General/Carson City
   Washoe District Court Clerk

---

[1]Petitioner's failure to provide timely proof of service of the petition constitutes an additional basis upon which to deny relief. NRAP 21(a)(1). To the extent petitioner requests assistance from this court regarding the difficulties he is experiencing effectuating service, we decline to do so because it would be improper for us to assist petitioner. To the extent petitioner complains that the district court has not yet acted upon the petition for a writ of habeas corpus that petitioner claims he filed below, we are confident that the district court will resolve all pending matters as expeditiously as its calendar permits.